| | |
|---:|:---|
| DATE: | 7/11/2018 |
| LOCATION: | TYLER, TX |
| JUDGE: | K. NICOLE MITCHELL |
| DEP.CLERK: | LISA HARDWICK |
| RPTR/ECRO: | LISA HARDWICK |
| USPO: | NATHAN MANLEY |
| INTERPRETER: | ------------------------------ |
| START TIME: | 2:43 p.m. |
| END TIME: | 2:52 p.m. |

**CASE NUMBER** 6:18-CR-00037-RWS

**UNITED STATES OF AMERICA**
**V.**
**MARKEISTUS JERMAINE GIPSON (8)**

| RYAN LOCKER | CHAD NATHAN MORGAN |
|---|---|

☒ Indictment Unsealed as to this defendant    ☐ Interpreter

## INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| ☒ | Initial Appearance called | ☒ | Initial Appearance held |
| ☒ | Dft Appears with counsel | ☐ | Dft Appears without counsel |
| ☒ | Date of Arrest: 7/11/18 | ☒ | Dft's first appearance with counsel |
| ☒ | Dft advised of charges | ☒ | Dft advised of right to counsel |
| ☒ | Dft advised of maximum penalties | ☒ | Dft advised of right to remain silent |
| ☒ | Dft requested court appointed counsel and was examined re finances | ☒ | The Court found the dft eligible and appointed CJA Attorney Chad Nathan Morgan |
| ☒ | Gvt Oral Motion for Detention | ☐ | Gvt Oral Motion for Continuance of Detention Hearing |
| ☐ | Order of Conditions of Release | ☐ | Bond set: |
| ☒ | Waiver of Detention | | |
| ☐ | Order of Temporary Detention | ☐ | Detention Hearing set for: |
| ☒ | Order of Detention | ☐ | Arraignment Hearing set for: |
| ☒ | Dft remanded to the custody of the US Marshal | ☐ | Dft released on conditions of bond |

## ARRAIGNMENT

| | | | |
|---|---|---|---|
| ☒ | Arraignment waived in open court | ☒ | Arraignment held on indictment: All counts |
| ☒ | Dft placed under oath | ☒ | Dft physically/mentally ready |
| ☒ | Dft received copy of charges | ☒ | Dft discussed charges with counsel |
| ☐ | Charges read | ☒ | Dft waived reading of charges |
| ☒ | No pressure to plead | | |
| ☒ | Dft enters a not guilty plea to all counts | | |
| ☒ | Discovery orders entered | ☒ | Pretrial Conference set before Judge Schroeder on 9/4/2018 at 1:00 p.m. and Jury Selection and Trial set: 9/10/2018 at 9:00 a.m. in Tyler, TX. |
| ☒ | Dft remanded to the custody of the US Marshal | ☐ | Dft released on conditions of bond |